IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



FILED SEP 21 2010 CLERK, U.S. DISTRICT C... RICHMOND, V.

ZAMAN ASHRAF,

    Plaintiff,

v.                            Civil Action No. 3:09CV527

DAVID LASSITER, JR.,

    Defendant.

### MEMORANDUM OPINION

Zaman Ashraf, a federal inmate, brings this action, wherein he claims that David Lassiter, Jr., defrauded him. The matter is before the Court on Lassiter's motion to dismiss and several related motions.

### I. THE PENDING MOTIONS

On October 23, 2009, Lassiter filed a motion to dismiss Ashraf's complaint. On December 7, 2009, Ashraf filed a motion for declaratory relief. The above motions are not accompanied by a separate written brief as required by the Local Rules. See E.D. Va. Loc. Civ. R. 7(F)(1); Key v. Robertson, 626 F. Supp. 2d 566, 577-78 (E.D. Va. 2009). Accordingly, Lassiter's motion to dismiss (Docket No. 8) and Ahsraf's motion for declaratory relief (Docket No. 13) will DENIED WITHOUT PREJUDICE.

Ashraf has filed a motion for an extension of time to respond to Lassiter's motion to dismiss. Lassiter has filed a motion to strike Ashraf's motion for declaratory relief. Given the Court's

ruling with regard to the motion to dismiss and the motion for declaratory relief, the motion for an extension of time (Docket No. 9) and the motion to strike (Docket No. 14) will be DENIED AS MOOT.

## II. FUTURE PROCEEDINGS

In this action, Ashraf claims that Lassiter defraud Ashraf's family out of $6,000. Ashraf's submissions do not clearly identify who was the owner of the $6,000 that was transferred to Lassiter. Accordingly, within eleven (11) days of the date of entry hereof, Ashraf will be directed to provide a statement, sworn under penalty of perjury, that identifies the individual or individuals who owned the $6,000 that was transmitted to Lassiter.

Currently an investigation is proceeding in a separate matter that bears directly on the present civil action. Accordingly, except for the forthcoming statement from Ashraf, all further proceedings in this civil action will be STAYED.

The Clerk is DIRECTED to send a copy of this Memorandum Opinion to Lassiter and Ashraf.

An appropriate Order will issue.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: August 21, 2010
Richmond, Virginia

2